*John R. Pitkin* v. *The Long Island Rail Road Company.*— J. H. RAYMOND, for appellant; W. C. NOYES, for defendants.— Decree of the vice chancellor dismissing complainant's bill, affirmed with costs.

*Levi M. Rexford et al* v. *Jonathan G. Widger et al.* H. VANDER LYN, for appellants; A. BIRDSALL, for respondents. Appeal from an order of the late vice chancellor of the sixth circuit setting aside two judgments by confession in favor of the defendants against G. Randall, on the ground of usury. Decided that a subsequent mortgagee of premises covered by judgments which are alleged to be usurious, is not a borrower, within the meaning of the revised statutes and the act of 1837 respecting usury. And that he cannot file a bill in this court to be relieved against the usurious incumbrances upon the premises without paying, or offering to pay, what is equitably due.

Subsequent mortgagee cannot be relieved against usury, without offering to pay what is due.

Decree reversed with costs; and bill dismissed with costs, and the injunction dissolved.

*Frederick Fitch appellant* v. *John A. Witbeck et al, respondents.* J. RHOADES, for appellant. Order of the surrogate of Rensselaer county directing the sale of the real estate of J. J. Van Alstyne deceased, reversed; and petition dismissed.

*Lewis Curtis et al* v. *Judiah Ellsworth et al.* *Judiah Ellsworth* v. *Lewis Curtis et al.* W. C. NOYES, for petititoner; J. ELLSWORTH, in person. Application by Palmer, special receiver, to compel Ellsworth to refund the sum of $221 71 received by him as costs in the last entitled suit, denied; on the ground that petitioner was not a party to the suit.

*Robert Buchan* v. *Palmer Sumner et al.* W. J. HOPPIN & S. C. WILLIAMS, for appellants; H. HOLDEN & J. T. BRADY, for respondent. Decretal order or the late vice chancellor of the first circuit affirmed, with costs.

*Samuel S. Thorn et al* v. *Nicholas Devereux.* W. TRACY, for complainants; D. CADY & H. SPENCER, for defendant. Motion for preliminary injunction denied. Costs to abide the event of the suit.